Good morning, Mr. Speaker, Mr. President, members of the public and members of the panel. I stand tonight as the electoral representative for Obama. Thank you. In actuality, I am a part of the Student Action Plan, which is an act to create outlining and create a plan that may be a new way to support our student action plan. Over 10 years later, I've been to support and I've been a part of making America a new learning and a safer current action plan. I'm now just a quarter of a student's grade of one. Every year, 600,000 students in Hawaii are receiving special education services. I'd like to take this time to remind you that it's worth taking the district court orders and imposing the state of Hawaii right now for the following three reasons. First, we need to work with higher education to enforce the state of Hawaii. Second, the district court orders need to have a new set of rules and regulations. Yes. Yes, there's a certain need, but I'm not sure that's even our policy. I'm not going to be talking about the kind of regulation. Right on. I'm not going to be talking about the kind of regulations. I'm only going to be talking about the rules really. Yes. And so, whether or not we're talking about a new set of rules or regulations, those are statutes. If you have a new unit, you need to have a certain set of contacts, and that's why it's the question of standing up for the institution, enforcing the grade. We're talking about it just in the law, so it's not just a question of the state. It's a question of the school. Third, these modifications are specific. And the second thing is being contacted. It's not just the school. That's the question, of course. So, I don't understand at all what the issue is, because it's not a good question. No, I understand that. Even though it's a federal court, it's not a jurisdiction. It's not a federal constitution. It's not a choice. You are in charge of creating jurisdictions where that exists. It's your argument, though, that there's no regression. It's the professor's argument. You could make that argument. I don't understand. What should we look at here? How should we discard this? Your Honor, I separate that from the jurisdictional issues such as prior writ of action, code of conduct, and what this is regarding. For the record, I didn't suggest this issue. I said that it's a very close issue. Chief Judicial Officials like Washington talk about where a place is allowed to make prior writ of action if the party is not standing and enforcing jurisdictional regulations. I can't speak as well to the doubt in your minds that any of the parties were on the court at that time. Certainly, based on the records, it doesn't appear that there have been arguments raised as to the jurisdiction in which the party was entering. However, according to all this, the parties were on the court at that time. According to the definition of the parties, the court chooses the party under certain conditions. The party is under certain conditions. And it will unfold as it arises. It's a very close concept. It's very close. As you mentioned, there is a certain interrelation of jurisdiction that's enforced between the parties. Each authority is on their own. And it gets implemented. Why is a certain jurisdiction only able to enforce certain conditions? Why are all those things in the same context? And if these are the rules of the jurisdiction, why is there a different jurisdiction in the same context? Well, the rule of jurisdiction, of course, can be reused or can be ignored by the court. And it doesn't have to be made to constitute jurisdiction. You see, the rule of jurisdiction is conceptual. So, we choose the jurisdiction to be conceptual. And now, of course, the concept of the rule of jurisdiction is enforced conceptually. Why? Well, again, the rule of jurisdiction is something that has been invented. We can set the jurisdiction in a way where the specific things that we see in the rules of jurisdiction. And the rules of the jury party contemplate whether they want to have a teaching law or have a different teaching law or a different teaching law. And so, that's how we, both my agency and the Armed Services Agency, work every day to try to find the right jurisdiction for it here. So, there have been several cases from this court dealing with the prior right action in the context of IDEA starting with the Chief Judicial Division in Lake Washington and continuing. But even if this court doesn't have cases of this prior right action, I think we've had to create judicial versions to be unique and for several other reasons. First, I mean, this court gave no deference to the U.S. Department of Education. Under the IDEA, that was very, very clear. Now, there are parties in the U.S. Department of Education that are trying to do what the Department of Education has been saying is to do with jobs. So, you want to do a similar standing to a question about, you know, maybe there's this use of communication that's here. Certainly, I do think that this is a new court that now wants to see these former members of the Department of Education as the majority of the U.S. Department of Education teachers. But they are not such a veteran expert in terms of teaching their students. They're not entitled to having some sort of university education. I don't think this case applies to the statute. I don't think it applies to the statute. I don't think it applies to the statute. I don't think it applies to the statute. Certainly, that will be my first and most favorite case. And you don't have my federal funding. This has been a published report. Of course, the Department of Education, the U.S. Department of Education hasn't had disposal on many other cases of enforcement. That's why I think it's really important. In fact, on Tuesday, there were four court cases in the U.S. South Carolina and Virginia court. Both brought actions in cases in which the U.S. Department of Education is dependent on funding funds. And they were treating a prospect in favor of the four substitutes as being substitutes of their funds. And they found to be neutral in their rule of law. They found to be neutral in their rule of law. The question is that if they don't respond to certain types of cases, then it's somehow difficult to understand the situation. So that's just one aspect. But also, they're a role model in the courtship position. I have a question. I just want to say, I'm not talking about the courtship in the U.S. Congress, but in the U.S. Constitution. And in the U.S. Constitution, it says that all judges are equal. You understand the question, don't you? You said that. And then what's also funny is that what is the authority of the Constitution that goes to the agents before the funding? That has the means and tools. You understand the question. That's a very really interesting question. What is the authority of the Constitution? What is it? Is it just a decision that we make? Is it a change that we make? It doesn't have to do with the Constitution. So, I agree. But it's not a rule. How do you use it? You can't interpret it. There's a tradition for that. It's not rule of law. It's a decision. It's a decision. It's a decision. Okay. So, it's not a rule of law. It's a legislation. It's not a rule of law.  So, it's not a law.  It's not a rule of law.  It's not a decision. And then it's not a rule of law. So, how does it work? The first is, in a district court, how can interpreting apply the consent decree that you have done in section 24 to order that is stated in this complaint in section 13 of the consent decree? The second question is, does the district court have the authority on the consent decree to enforce its own order by issuing a clear consent order to an applicant? The answer to one of those questions is, if you come to first-year class, let's assume first-year is your final year, and I will suggest that you first apply the consent decree at any time, say, in between the two years that you are raised to second year. The reason the consent decree was issued in the first year of this complaint is because it's a lawful and longer consent decree, since the next year, this would be issued in the second year of this complaint. I'm not interested in the consent decree. The consent decree is a lawful consent order. It is a correct consent order. It just seems now to be more in the context of state law than it was by state law in the first year of this complaint. So, I'm not interested in the consent decree. How many times have you gone to state law? It's either due to state law's discretion or not. It's your decision. It's your choice. It's your decision. It's not always going to be the same. The reason you should not continue to respond to your motto in section 13 is because it probably won't be consistent with what the motto raises. It's currently in the case of the court's consent decree, and it currently includes what the motto raises. It has to be subject to the previous comments, and it's been subjected to the forerunners' determinations, and ultimately, the court determined that it does not seem to be 14 and it does not seem to be 16. I'm going to talk about the state court regulation. So, the state court rule under the Constitution is in the jurisdiction of the Department of Justice in the United States, and it reserves the right of the Constitution to exercise that right. The state is in control of it, and most nations in the U.S. have a right to exercise their substantive right. I don't think it's being significantly enforced in the United States. It's an obligation to the rest of the country. It's an obligation to the Constitution that every country in the United States is a member of. It's necessary, of course, to exercise some sort of unilateral right. It also says that we should be able to strictly obey all the legal conditions. And it applies to some of the other states in the country. But, in terms of our health conditions, like failing to exercise the health conditions in a child who's under healthcare, who requires daily medication, or isn't very hard to access any type of type of medication without insisting that a child must pay for it because it's fully necessary. The court did not entrust the rule to public另非指定權力指定權 In most recent disparant and subsistence sleeping injuries is in place under Citation 13 PC3B ITE36 for those infants or infants they've experienced The infant is talking to his daughter and she always uses the same language as the child, and that's significant to the process of infancy. The same infant, unfortunately, will not be able to process or develop eventually. So, I'm sorry for the textures and everything. I just want to make sure you understand. Eventually, the infant may or may not be able to live in the same operating system for as long as it's designed and it's implemented in the same area as the parent. We have very much insisted that science is the primary motivation to help children. So, it's not an instinctual thing, or it's not a human instinct. It's something that we want to look at. And, it's for partners, it's for patients. And, see, I think there is something in the system for everybody to do. That's such a good point. I think there's a lot of things in the system that we want to look at. I mean, there's a physics design system. There's a challenge of how to design a physics technique. There is also a health design environment. There's a lot of big things. We want to look at all those things. We want to look at the whole view of health design. We want to look at what it is for children. We want to look at what it is for infants. We agree with the term infant century. So, we do have an understanding towards the infant century. But, I'm not thinking of it in this case. So, I'm going to leave it at that. I think there's just some things that the community forces agree to. That's right. It's quite simple. We've seen this for a century. We are beneficiaries. The state is not complying with the best of us. And it kind of harms the people who are interested in things like children's engagements, consular services. We have a community that is sticking with us. But, we want them to be. And so, we look at the different sectors. We look at the different sectors. We look at the different sectors.   I'm glad to be here. Inaudible.
judges: Kozinski, Thomas, Friedland